**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

KADEEM R. SMITH,              :   No. 1 EAP 2023
                                 :
         Appellant          :
                                 :
                                 :
         v.                  :
                                 :
                                 :
PENNSYLVANIA BOARD OF PROBATION :
AND PAROLE,                  :
                                 :
         Appellee          :

## ORDER

**PER CURIAM**

     **AND NOW,** this 17th day of May, 2023, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the statement, or fairly comprised therein will ordinarily be considered by the Court.").